Areya Holder Aurzada
State Bar No. 24002303
CHAPTER 7 TRUSTEE
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **REGINA NACHAEL HOWELL FOSTER** | § § § § | **CASE NO. 12-43804-RFN** |
| **DEBTOR(S)** | § § | |

## TRUSTEE'S NOTICE OF UNCLAIMED FUNDS

You are hereby notified that the Trustee has placed the claim below into the Court's registry as unclaimed funds.

| | | |
|---|---|---|
| Claim No. 12 | Bassiony Rhima as Trustee for Scott Rhima<br>PO Box 173727<br>Arlington, TX 76003 | $150,000.00 |

Respectfully submitted,

By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
CHAPTER 7 TRUSTEE
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing instrument has been served via electronic notice and/or regular first-class mail to the parties listed below and all parties that have entered a notice of appearance on this 12th day of September 2018.

Bassiony Rhima as Trustee for Scott Rhima
PO Box 173727
Arlington, TX 76003

Annette Loyd Vanicek
4528 W. Vickery Blvd., Suite 202
Fort Worth, TX 76107

Annette Loyd Vanicek
1112 E. 1st Street
Fort Worth, TX 76102

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

                                                By: /s/*Areya Holder Aurzada*
                                                    Areya Holder Aurzada