BTXN 127 (rev. 1/14)

**FILED**

**OCT 0 3 2023**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

§
§    Case No.:12-43804
§
Debtor(s)    §
Regina Foster    §
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _____creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | Scot Rhima |
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3*) | Azria law office Llc assignee too Scot Rhima |
| 3. | **Current Mailing Address** | PO Box 170272 Arlington TX 76003 |
| 4. | **Telephone Number** | (914) 501-2396 |
| 5. | **SS# (*last 4 digits only*) or EIN #** | 46-2214812 |
| 6. | **Amount Being Claimed** | $150,000.00 |

I, _____ ,do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date _09/26/23_    _Scot Rhima_
                   Claimant Signature                    Co-Claimant Signature

Subscribed and Sworn to Before Me this _____ day of _____.

_Wendy Slutzkin_
Notary Public
In and for the State of _____

My commission expires_____

Azria law office, Llc
211 W JEFFERSON ST, STE 20,
13202 SYRACUSE

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 5th day of July, 2023 by and between Seth Azria.
Managing Member of Azria law office LLC, (hereinafter referred to as "Assignee" ) and whose
current address is 211 W JEFFERSON ST, STE 20,13202 SYRACUSE and Scot Rhima
(hereinafter referred to individually as "Assignor") and whose current address PO Box 170272
Arlington TX 76003

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or
unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she
has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of
the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title,
   interest, and claims, including but not limited to, all statutory rights to any Unclaimed
   funds resulting from the bankruptcy case located at:

   United States Bankruptcy Court Northern District of Texas
   Debtor-Regina Foster
   Chapter 13
   Case no. 12-43804

2. Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring
   any action, application or otherwise to enforce collection or release of the Unclaimed
   funds, including any and all interest that may accrue, and attorney's fees and costs
   pursuant any available law or rule, and Assignee assigns the right to obtain any order in
   Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3. Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its
   abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds,
   Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. Fees.

Azria law office a. , Llc fees are $1500 of the unclaimed fund balance recovered.

5. Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor. The assignor represents and states that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

Scot Rhima

_____

Scot Rhima

Signature
Telephone_____

Email: _____

Azria law office, Llc

_____

By: Seth Azria, Managing Member
Phone: (915)501-2396
Email: seth@azrialawofficellc.com

Sep 26, 2023

U.S. Bankruptcy Court
Attn: Financial Department
1100 Commerce St, Room 1254
Dallas TX 75242

     RE:     Scot Rhima-Ch 7 Case-12-43804
                Applicant for unclaimed funds
                Unclaimed funds- $150,000,00

My name is Seth Azria and I'm the owner of Azria Law office, Llc in New York and I am the successor claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.

I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

Regards,

Seth Azria
Azria law office Llc
azrialawofficellc@gmail.com

Enclosures
CC: Office of the United States Attorney Northern District of Texas

1

## LIMITED POWER OF ATTORNEY

Seth Azria hereby appoint Azria law office , Llc, a New York limited liability company, and James Durant, its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Northern District of Texas (the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the

Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this          day of
20  and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed  _____  _____  this  day of   20

_Scot Rhima_

Scot Rhima

SUBSCRIBED AND SWORN TO BEFORE ME this           day of

20   .

County of          Tarrant

State of          Texas

_Wendy Slutzkin_

Notary   Public

Date of Commission Expires:

_____



## LIMITED POWER OF ATTORNEY

I, Scot Rhima hereby appoint input company name here, a NEW YORK limited liability company, and Seth Azria, its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Eastern District of California (the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 6th    day of
2023    and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed ————————  ————————· this day of    20 .

_Scot Rhina_

Scot Rhima

SUBSCRIBED AND SWORN TO BEFORE ME this          day of

20     .

County of   Tarrant

State of       Texas

_Wendy Slutzkin_

Notary   Public

Date of Commission Expires:

## AZRIA LAW OFFICE LLC
### 211 W Jefferson St, Syracuse, NY 13202

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 5th day of July, 2023 by and between SETH AZRIA , Managing Member of AZRIA LAW OFFICE LLC (hereinafter referred to as "Assignee" ) and whose current address is 211 W Jefferson St, Syracuse, NY 13202 and Scot Rhima
(hereinafter referred to individually as "Assignor") and whose current address PO Box 170272

Arlington TX 76003

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

> United States Bankruptcy Court the Northern District of Texas
> Debtor- Scot Rhima
> Chapter 13
> Case no. 12-43804

2. Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3. Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. Fees. AZRIA LAW OFFICE LLC fees are 30% of the unclaimed fund balance recovered.

5. Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignors also agree that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor. The assignor represent and state that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignors is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignors will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

**THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.**

Scot Rhima

Signature

Telephone

Email:

AZRIA LAW OFFICE LLC

By: SETH AZRIA, Managing Member
Email:azrialawofficellc@gmail.com

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 09/26/23

_____
Claimant's Signature

# Azria law office, Llc

## Certificate of LLC Resolution

The undersigned Owner of Harrison Holdings, an LLC duly organized under the law of Pennsylvania ( hereinafter, the LLC), hereby certify that the following resolution were duly adopted by said owner of the LLC on 10th July 2023 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Seth Azria is hereby authorized and directed for and on behalf of the LLC to execute all the legal documents as approved by him as being in the best interest of the LLC; and to take any all further actions which maybe necessary or appropriate to commence and complete said construction in such a manner as being, in his opinion, in the best interest of the LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 10th day of July, 2023

Seth Azria

Date: ___10th July 2023__

SUBSCRIBED AND SWORN TO BEFORE ME this _____ day of

_____ 20___, in the county of _____, State of

_____

Signature of Notary Public

Date Commission Expires:

AFFIDAVIT OF PHOTO IDENTIFICATION AUTHENTICITY

I, Seth Azria, Owner of Azria law office, Llc, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 9/26/23

S. Azria

Seth Azria, Owner
7154 HIGHBRIDGE RD
FAYETTEVILLE,NY13066

On _____ before me, _____, personally appeared, personally known to me to be the person whose name is subscribed to be to be within the instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This _____ day of _____

20___, in the County of _____, State of _____

Jane Croft

Signature of Notary Public

Date Commission Expires: _____