

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 5, 2024**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 12-43804-ELM |
| REGINA NACHAEL HOWELL FOSTER, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 3, 2023, an *Application for Payment of Unclaimed Funds* [Docket No. 621] (the "**Application**") was filed in this case. The Application reflects the signature of Scot Rhima as the Claimant and purports to be a request for payment to Scot Rhima, Azria Law Office LLC, or Seth Azria.

On February 20, 2024, the Court entered an *Order Setting Hearing on Application for Payment of Unclaimed Funds and Requiring Signatory's Attendance at Hearing* [Docket No. 633] (the "**Hearing Order**"). Pursuant to the Hearing Order, the Court set the Application for hearing on March 4, 2024, at 2:30 p.m. (prevailing Central Time), and ordered Scot Rhima to attend the hearing in person.

On March 4, 2024, the Court conducted the hearing. Scot Rhima appeared at the hearing, in person, and counsel for the previously appointed chapter 7 trustee in the case also appeared. No other appearances were made. At the hearing, Mr. Rhima informed the Court that he did not submit the Application, that the signatures of "Scot Rhima" reflected on the Application and on accompanying supporting documents are not his signature, and that the Application appears to have been fraudulently filed with the Court. Mr. Rhima further informed the Court that he does not intend to pursue payment of any unclaimed funds held by the Court in relation to this case.

Thus, no other party in interest having come forward at the hearing to prosecute the Application, and it appearing that the Application was fraudulently submitted to the Court, it is hereby:

**ORDERED** that the Application is DENIED.

### END OF ORDER ###

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                    Case No. 12-43804-elm

Regina Nachael Howell Foster                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                              User: admin                                      Page 1 of 2
Date Rcvd: Mar 06, 2024                   Form ID: pdf012                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                the notice recipient was advised to update its address with the court immediately.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

**Recip ID                        Recipient Name and Address**
db                      #+   Regina Nachael Howell Foster, 3325 Stoneway Dr., Grand Prairie, TX 75052-7060

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 08, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed
below:**

**Name                              Email Address**

Areya Holder
                        on behalf of Trustee Areya Holder areya@holderlawpc.com  holderlaw@jubileebk.net

Areya Holder
                        trustee@holderlawpc.com  aha@trustesolutions.net;caha11@trustesolutions.net

Areya E. Holder
                        on behalf of Trustee Areya Holder cmecf@dallasch13.com

Eboney D. Cobb
                        on behalf of Creditor Arlington ISD emccain@pbfcm.com  rgleason@pbfcm.com

Kimberly A. Walsh
                        on behalf of Creditor Texas Comptroller of Public Accounts bk-kwalsh@oag.texas.gov  sherri.simpson@oag.texas.gov

District/off: 0539-4                                User: admin                                              Page 2 of 2

Date Rcvd: Mar 06, 2024                        Form ID: pdf012                                    Total Noticed: 1

Lorenzo Brown

on behalf of Defendant 1st Aid Accident Injury & Pain Center  Inc. lorenzobrown@hotmail.com

Lorenzo Brown

on behalf of Defendant Carlos Foster lorenzobrown@hotmail.com

Michelle E. Shriro

on behalf of Plaintiff Areya Holder mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E. Shriro

on behalf of Trustee Areya Holder mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E. Shriro

on behalf of Attorney Singer & Levick  P.C. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Sherrel K. Knighton

on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton

on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Todd Alan Hoodenpyle

on behalf of Plaintiff Areya Holder hoodenpyle@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Todd Alan Hoodenpyle

on behalf of Trustee Areya Holder hoodenpyle@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Attorney Warren Norred Norred Law  PLLC warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

TOTAL: 16